UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

MING HUA INTERNATIONAL SHIPPING CO.,

           Plaintiff,

  - against -

AIHE SHIPPING CO. LTD. AND KINGDOM
CONSULTING (SERVICE) CO. LTD.,

           Defendants.
-----------------------------------------------------------------X

07 CIV 8703

07 Civ. _____

ECF CASE

## DISCLOSURE OF INTERESTED PARTIES
## PURSUANT TO FEDERAL RULE 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for the Plaintiff certifies that the following are corporate parents, subsidiaries, or affiliates of the Plaintiff:

           NONE.

Dated: October 9, 2007
       Southport, CT

           The Plaintiff,
           MING HUA INTERNATIONAL SHIPPING CO.

           By: _____
           Nancy R. Peterson (NP 2871)
           Patrick F. Lennon (PL 2162)
           LENNON, MURPHY & LENNON, LLC
           The Gray Bar Building
           420 Lexington Ave., Suite 300
           New York, NY 10170
           (212) 490-6050
           facsimile (212) 490-6070
           nrp@lenmur.com
           pfl@lenmur.com