Copies E-mailed By Chambers On: 11/19/07
By: Marlon Ovalles - C.R.D

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/19/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MING HUA INTERNATIONAL SHIPPING CO. LTD

(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)

- against -

AIHE SHIPPING CO. LTD AND
KINGDOM CONSULTING (SERVICES)CO. LTD

07 Civ. 8703

*November 19, 2007*

*The Court will treat this letter as a request for relief under Admiralty Rule E(4)(f). If defendant objects, or its agent acts on its behalf, neither or both should return counsel and seek relief, as appropriate.*

*So ordered*
*Paul A. Crotty USDJ*

**MEMO ENDORSED**

**Defendants's request for release the fund attached by order of the court**

We act for Kingdom Consulting (Services) Co. Ltd, China and refer to the order of maritime attachment of captioned case.

We noticed that a Plaintiff, Ming Hua International Shipping CO Ltd has applied to your court and obtained an order for attachment of funds against AIHE Shipping Co. Ltd. and our company. Pursuant to that attachment order a sum of around US$100,000 was attached, the sum was remitted from " Daqing Sunshine Petroleum Trading Ltd" to our company.

We have to say this is totally wrong, our company has nothing to do with the case. Our company shall not be involved in this case at all!

The plaintiff believes we are the paying agent of AIHE Shipping Co. Ltd according to the previous course of dealings. They think AIHE is the beneficial owner or the ultimate recipient of the funds remitted by Daqing to our company. However, the fact is that our company only exchanged the US dollars with AIHE once, because they did not have enough US dollars currency for paying the freight, and so AIHE asked our company to pay the freight in US currency on behalf of AIHE, then they paid us RMB instead. We are two different independent companies, to make payment on behalf of other companies is quiet common in practice in China.

Also, we think the Court of New York has no jurisdiction over the dispute in respect of the claim herein against the Defendants.

We hereby to give our protest against your order. We want to discontinue the attachment order and release the funds.

Date: Nov. 07, 2007

Mr. David Liu

Kingdom Consulting ( Services) Co. Ltd

For and on behalf of
KINGDOM CONSULTING (SERVICE) CO., LIMITED
金 德 資 訊 有 限 公 司

Authorized Signature(s)