```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JAN 2 9 2008
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
MING HUA INTERNATIONAL SHIPPING CO.,

                Plaintiff,

  - against -

AIHE SHIPPING CO. LTD. AND KINGDOM
CONSULTING (SERVICE) CO. LTD.,

                Defendants.
------------------------------------------------------X

07 Civ.8703 (PAC)

ECF CASE

## NOTICE OF VOLUNTARY DISMISSAL

Please take notice, there having been no appearance from the Defendants that the above-captioned matter be and hereby is voluntarily dismissed without prejudice and without costs to any party pursuant to Federal Rule of Civil Procedure 41(a).

Dated: January 25, 2008
New York, NY

                The Plaintiff,
                MING HUA INTERNATIONAL SHIPPING CO.

                By: _____
                Nancy R. Peterson (NP 2871)
                LENNON, MURPHY & LENNON, LLC
                420 Lexington Ave., Suite 300
                New York, NY 10170
                Phone (212) 490-6050
                Fax (212) 490-6070
                nrp@lenmur.com

SO ORDERED: JAN 2 9 2008

_____
HON. PAUL A. CROTTY
UNITED STATES DISTRICT JUDGE